UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WILBERT KELLY, JR.

VERSUS

WARDEN BURL CAIN, ET AL

CIVIL ACTION

NO. 08-579-JVP-CN

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated September 22, 2008 (doc. 4). Plaintiff has filed an objection (doc. 5) which merely restates legal argument and does not require de novo findings under 28 U.S.C. 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the application for habeas corpus (doc. 1) filed by petitioner, Wilbert Kelly, Jr., shall be **DISMISSED**, with prejudice, as untimely pursuant to 28 U.S.C. § 2244 (d).

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, October 14, 2008.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA